■ DFJ CAPITAL CORP., Appellant, v RICHARD STANLEY, Respondent. (Action No. 1.) DFJ CAPITAL CORP., Appellant, v JUDITH A. RIPPS et al., Respondents, et al., Defendants. (And Another Action.) (Action No. 2.) JUDITH A. RIPPS WOLFSON, Respondent, v DFJ CAPITAL CORP., Appellant, et al., Defendants. (And a Third-Party Action.) (Action No. 3.) [650 NYS2d 528] —Order, Supreme Court, New York County (Diane Lebedeff, J.), entered November 17, 1995, unanimously affirmed for the reasons stated by Lebedeff, J., with costs and disbursements. No opinion. Concur—Murphy, P. J., Milonas, Wallach, Rubin and Mazzarelli, JJ.